IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 7:24-456 |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(8) |
| | ) | 18 U.S.C. § 924(e) |
| vs. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(C) |
| | ) | 18 U.S.C. § 924(c)(1)(A) |
| | ) | 18 U.S.C. § 924(d)(1) |
| EUGENE DEVOE RHINEHART, JR. | ) | 28 U.S.C. § 2461(c) |

### SEALED INDICTMENT

### COUNT 1

THE GRAND JURY CHARGES:

That on or about December 11, 2023, in the District of South Carolina, the Defendant, EUGENE DEVOE RHINEHART, JR., knowingly possessed a firearm, which had been shipped and transported in interstate and foreign commerce, to wit, a Glock, model 19x, 9mm pistol, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8) and 924(e).

1

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on or about December 11, 2023, in the District of South Carolina, the Defendant, EUGENE DEVOE RHINEHART, JR., knowingly, intentionally, and unlawfully did possess with intent to distribute a quantity of oxycodone and a quantity of methamphetamine, both Schedule II controlled substances;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

That on or about December 11, 2023, in the District of South Carolina, the Defendant, EUGENE DEVOE RHINEHART, JR., knowingly did possess a firearm in furtherance of a drug trafficking crime as set forth in Count 2 of this Indictment, which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE

FIREARM OFFENSE:

Upon conviction for the felony violation of Title 18, United States Code, Section 922(g)(1) as charged in this Indictment, the Defendant, EUGENE DEVOE RHINEHART, JR., shall forfeit to the United States all of the Defendant's rights, title, and interest in:

(a)  any firearms and ammunition (as defined in 18 U.S.C. § 921) –

  (1) involved in or used in any knowing violations of 18 U.S.C. § 922, or violation of any other criminal law of the United States, or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Indictment includes, but is not limited to, the following:

(a)  Firearm:

Glock, 9mm pistol with magazine
Model: 19x
Serial Number: BSLD464

(b)  Ammunition:

Miscellaneous rounds of 9mm ammunition

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

3

A <u>True</u> Bill

███████████

FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: /s/ Max Cauthen

Max B. Cauthen, III (Fed. ID # 06732)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:    864-268-2100
Fax:    864-233-3158
Email: Max.Cauthen@usdoj.gov